NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GARRET O'BOYLE,**

*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**

*Respondent*

---

2025-1404

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-23-0132-I-1.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

September 22, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** September 22, 2025